[No. 23856-0-II.    Division Two.    January 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP J. JOHNSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 98-1-00149-4, Joel M. Penoyar, J., entered September 18, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 23862-4-II.    Division Two.    January 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EDWARD GRAMPP, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00729-7, Don L. McCulloch, J., entered September 24, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, A.C.J., and Hunt, J.

[No. 23934-5-II.    Division Two.    January 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON A. DEITCHLER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-1-00408-6, M. Karlynn Haberly, J., entered October 27, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Morgan, J.

[No. 24184-6-II.    Division Two.    January 21, 2000.]

MELVYN B. LEE, *Appellant*, v. THE UNIVERSITY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 96-2-04446-3, Christine A. Pomeroy, J., entered November 30, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, C.J., and Armstrong, J.